**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. 21-CIV-80809-CANNON/REINHART


STEPHANIE MONTOYA,

          Plaintiff,

v.

THE SCHOOL BOARD OF PALM
BEACH COUNTY, FLORIDA.,

          Defendant.

_____/


**ORDER TO SHOW CAUSE**
**DIRECTED TO MARC A. SWERDLOFF, M.D. (ECF No. 75)**

Defendant moves for an Order to Show Cause why Marc A. Swerdloff, M.D. should not be held in contempt of court for failure to appear at two depositions pursuant to Rule 45 subpoenas issued by Defendant. ECF No. 75. The Court will treat the Motion as though it was filed pursuant to Federal Rule of Civil Procedure 45(g). For the reasons stated, the motion is granted. Dr. Swerdloff is ORDERED to appear before the Court to show cause why he should not be held in contempt.

On June 8, 2022, Dr. Swerdloff was served with a Rule 45 subpoena to appear for a deposition on June 29, 2022. ECF Nos. 70-1, 75-1. Dr. Swerdloff did not appear on that date. ECF No. 75-2. On July 29, 2022, Dr. Swerdloff was served with a second Rule 45 subpoena to appear for a deposition on August 5, 2022. ECF Nos. 70-3, 75-3. Dr. Swerdloff did not appear on that date. ECF No. 75-4.

Based on the foregoing evidence of Dr. Swerdloff's noncompliance with the subpoenas requiring his personal appearance at the depositions, the Court hereby **ORDERS MARC A. SWERDLOFF, M.D. TO SHOW CAUSE** why this Court should not hold Dr. Swerdloff in contempt pursuant to Federal Rule of Civil Procedure 45(g).

Dr. Swerdloff shall respond, in writing, to this Court's Order no later than **August 22, 2022**. Dr. Swerdloff and counsel for the parties shall appear before this Court on **August 29, 2022 at 1:00 p.m.** for a contempt hearing.

Counsel for Defendant shall cause this Order to be personally served upon Dr. Swerdloff and shall file a certificate of service detailing the manner of service.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, in the Southern District of Florida, this 10th day of August, 2022.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE